UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07-62M |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| BRYANNE ALLISON SCHULTZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:      Theft of Public Money

<u>Date of Detention Hearing</u>:    February 12, 2007

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.      Defendant and a co-defendant are charged with theft of public money, specifically, stealing money from a Post Office stamp vending machine.

01      2.      Defendant has no ties to this District except for her relationship with her co-

02 defendant.  She has been out of contact with her parents, who reside in Minnesota.  She is

03 unemployed.  Her criminal history includes warrant activity.  Her mother has filed a police report

04 against the defendant for allegedly stealing her debit card numbers and purchasing plane tickets

05 and cell phone minutes.

06      3.      Defendant does not contest detention.

07      4.      Defendant poses a risk of nonappearance because of an active warrant for failing

08 to appear in Minnesota; a lack of ties to this District, her transient lifestyle and lack of employment

09 and no viable release option.  She is not viewed as a risk of danger.

10      5.      There does not appear to be any condition or combination of conditions that will

11 reasonably assure the defendant's appearance at future Court hearings.

12 It is therefore ORDERED:

13      (1)     Defendant shall be detained pending trial and committed to the custody of the

14            Attorney General for confinement in a correction facility separate, to the extent

15            practicable, from persons awaiting or serving sentences or being held in custody

16            pending appeal;

17      (2)     Defendant shall be afforded reasonable opportunity for private consultation with

18            counsel;

19      (3)     On order of a court of the United States or on request of an attorney for the

20            Government, the person in charge of the corrections facility in which defendant is

21            confined shall deliver the defendant to a United States Marshal for the purpose of

22            an appearance in connection with a court proceeding; and

DETENTION ORDER                                  15.13
18 U.S.C. § 3142(i)                                Rev. 1/91
PAGE 2

01       (4)     The clerk shall direct copies of this Order to counsel for the United States, to

02              counsel for the defendant, to the United States Marshal, and to the United States

03              Pretrial Services Officer.

04    DATED this <u>12th</u> day of February, 2007.

05

06                               Mary Alice Theiler

07                               United States Magistrate Judge

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER                                      15.13
18 U.S.C. § 3142(i)                               Rev. 1/91
PAGE 3